# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2025

## NO. 03-23-00388-CV

### In re Commitment of Michael David Byrum

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on May 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.